ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 22 2014

CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

JS-6 / Entered

FILED
CLERK, U.S. DISTRICT COURT

APR 22 2014

CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CHRISTOPHER VALLES,  ) Case No. CV 14-1360-GAF (JPR)
          Petitioner,  )
     vs.               ) **JUDGMENT**
T. BUSBY, Warden,      )
          Respondent.  )

---

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 4/21/14

GARY A. FEESS
U.S. DISTRICT JUDGE